184 F.2d 332
 Clarence Russell PETERSON, Appellant,
v.
UNITED STATES of America.
 No. 14221.
 United States Court of Appeals.
 Eighth Circuit.
Sept. 26, 1950.
 
 L. S. Forrest, Des Moines, Iowa, for appellant.
 William R. Hart, United States Attorney, Iowa City, Iowa, Cloid I. Level, Assistant United States Attorney, Des Moines , Iowa, and William R. Sheridan, Assistant United States Attorney, Keokuk, Iowa, for appellee.
 PER CURIAM.
 
 
 1
 Appeal or appeals docketed and dismissed, on motion of appellee.